UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. No.: 17-20368
                                 Honorable Mark A. Goldsmith
v.                               Magistrate Judge Anthony P. Patti

JIM LATTNER,

        Defendant.

## ORDER OF DETENTION PENDING SUPERVISED RELEASE HEARING

On September 9, 2024, the defendant was brought before the Undersigned judicial officer for a detention hearing, pending his supervised release violation (SRV) hearing before Judge Mark A. Goldsmith. After placing its reasoning on the record, all of which is hereby incorporated by this reference as though fully restated herein, the Court finds: (1) pursuant to 18 U.S.C. 3142(d)(2), that the defendant was placed on supervised release on January 20, 2022 for a period of 3 years, after serving over 2 years incarceration on a federal conviction for being a felon in possession of a firearm; (2) that he may flee or pose a danger to any other person or the community; (3) pursuant to Rule 32.1(b)(1)(B), there is probable cause to believe that he violated his supervised release conditions by again possessing a firearm and by shooting someone from behind with it, for which he has been charged with, *inter alia*, assault with intent to commit murder and assault with intent to commit great

bodily harm less than murder; (4) pursuant to 18 U.S.C. 3142(e)(2), that no condition or combination of conditions can reasonably assure the defendant's appearance for the upcoming hearing before Judge Goldsmith, his own safety or the safety of the community; and, (5) pursuant to Rule 32.1(a)(6), the defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of other persons in the community if released. Accordingly, the defendant is placed in the custody of the United States Marshal Service and hereby **DETAINED** until Judge Goldsmith considers his supervised release charges.

**IT IS SO ORDERED.**

Dated: September 10, 2024  
Detroit, Michigan

ANTHONY P. PATTI  
United States Magistrate Judge