UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

       Plaintiff,                            Case No. 17-20368

v.

                                            HON. MARK A. GOLDSMITH

JIM TERRELL LATTNER,

       Defendants.
_____/

## ORDER FOLLOWING APRIL 23, 2025 HEARING

As stated on the record at the April 23, 2025 hearing on the alleged supervised release violations, the following is ordered:

1. The Government must provide a copy of the video requested by defense counsel by April 25, 2025.

2. Defense counsel must make available to the Government by April 25, 2025, any replica firearms he intends to show his proposed expert witness.

3. Defense counsel must serve on the Government, on or before April 28, 2025, an expert witness report setting forth the proposed expert witness's qualifications, opinions, and bases therefor.

4. The hearing will resume on May 5, 2025 at 2:00 p.m.

     SO ORDERED.

Dated: April 25, 2025                                s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                                  United States District Judge